UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2014 JUN 17 AM 10: 13
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | A-14-M- 285 |
| | § | |
| RAHATUL ASHIKIM KHAN, a/k/a, | § | |
| "Rahat Khan," a/k/a, | § | |
| "AutheticTauheed19," a/k/a, "AT19." | § | |
| | | |
| Defendant. | | |

## MOTION TO SEAL CRIMINAL COMPLAINT AND AFFIDAVIT

TO THE HONORABLE JUDGE OF SAID COURT:

The Government requests the Court to order the complaint and affidavit be sealed until defendant is arrested. Following the defendant's arrest, the complaint and affidavit may be unsealed. A file-stamped copy shall be issued to the affiant and the Government.

Sealing these documents is necessary to ensure the integrity of the on-going criminal investigation, prevent the destruction of evidence, as well as prevent the defendant's flight from justice.

Respectfully submitted,

ROBERT PITMAN
UNITED STATES ATTORNEY

By: _____
GREGG N. SOFER
Assistant U.S. Attorney
816 Congress Avenue, Suite 1000
Austin, Texas 78701
Phone: (512) 916-5858
Fax: (512) 916-5854