IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Magistrate No. |
| ) | |
| RAHATUL ASHIKIM KHAN, a/k/a, ) | |
| "Rahat Khan," a/k/a, "Authentic Tauheed ) | |
| 19," a/k/a, "AT19." ) | |

## MOTION FOR DETENTION

The United States, by and through its Assistant United States Attorney, files this motion for pretrial detention under Title 18, United States Code, § 3141, <u>et seq.</u>, and would show the Court the following:

1. The Government seeks a detention hearing pursuant to Title 18, U.S.C. § 3142(f) because the pending case involves:

   a. A serious risk that the Defendant will flee. Title 18 U.S.C. § 3142(f)(2)(A); and

   b. An offense listed in Section 2332b(g)(5)(B) for which a maximum term of imprisonment of ten (10) years or more is prescribed – in this case Title 18, United States Code §2339A – Providing Material Support to Terrorists. Title 18, United States Code, § 3142(f)(1)(A). As such, there is a *rebuttable presumption* for detention under Title 18, United States Code, § 3142(e)(2).

2. No condition or combination of conditions will:

(a) Reasonably assure the appearance of the person as required.

(b) Reasonably assure the safety of the community or any other person.

1

The United States may advocate additional reasons for detention other than those indicated above as the investigation proceeds and new information becomes available.

Pursuant to 18 U.S.C. § 3142(f) and (d), the United States moves that the detention hearing be continued for **THREE (3)** days, excluding Saturdays, Sundays and holidays, so that the United States can prepare for said hearing.

The Government requests that the Defendant be detained and held without bond.

> Respectfully submitted,
>
> ROBERT PITMAN
> UNITED STATES ATTORNEY
>
> /s/Gregg N. Sofer
> GREGG N. SOFER
> Assistant U. S. Attorney
> 816 Congress Avenue, Suite 1000
> Austin, Texas   78701
> Office (512) 916-5858
> Fax     (512) 916 5854